UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KLAUBER BROTHERS, INC.

                Plaintiff,

    - against -

BADGLEY MISHKA, LLC, et al,

                Defendants.

**ORDER**

21 Civ. 4523 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the following schedule will apply to Defendants' motion to dismiss:

1. Defendants' motion is due on **October 15, 2021**;

2. Plaintiff's opposition is due on **November 12, 2021**; and

3. Defendants' reply, if any, is due on **December 3, 2021**.

The conference currently scheduled for October 7, 2021 is adjourned sine die.

Dated: New York, New York
       October 1, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge