UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KLAUBER BROTHERS, INC.,

                Plaintiff,

- against -

M.J.C.L.K., LLC (d/b/a "Badgley Mischka"); SAKS INCORPORATED; and DOES 1-10,

                Defendants.

**ORDER**

21 Civ. 4523 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Defendants have moved to dismiss the Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6). (Dkt. No. 28) For reasons that will be explained in a forthcoming memorandum opinion, Defendants' motion is granted, with leave to amend.

        The Clerk of Court is directed to terminate the motion (Dkt. No. 28).

Dated: New York, New York
         September 30, 2022

                                    SO ORDERED.

                                    Paul G. Gardephe
                                    United States District Judge