UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KLAUBER BROTHERS, INC.,

                              Plaintiff,

         - against -

M.J.C.L.K., LLC (individually and doing
business as "Badgley Mischka"); SAKS
INCORPORATED; and DOES 1-10,

                              Defendants.

**ORDER**

21 Civ. 4523 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

         As discussed at today's conference, this matter is stayed until **November 25, 2024**, for settlement discussions.  On or before that date, the parties will submit a joint letter informing the Court whether a settlement has been reached.  If a settlement has not been reached by that date, the Court will enter the parties' proposed Case Management Plan, adjusted for the period of time in which settlement discussions took place.

Dated:  New York, New York
         October 25, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge